THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN O'NEIL, Appellant.

Submitted June 5, 1944; decided June 14, 1944.

Motion by appellant for reargument denied. (See 290 N. Y. 881.)

CORNELIUS J. KELLY, Plaintiff, *v.* LEWIS LUCKENBACH, Appellant and Respondent.

ROBERT T. CRANE, JR., as Assignee, et al., Respondents and Appellants.

Submitted June 5, 1944; decided June 14, 1944.

*John N. Regan, Charles R. Barrett* and *Peter J. Baxter* for motion.

*Robert T. Crane,* Jr., opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action or special proceeding within the meaning of the Constitution.